No. 2,913.—ERNEST ERICKSON, RESPONDENT, *v.* GRANITE COUNTY ET AL., APPELLANTS.

*Appeal from District Court, Granite County; George B. Winston, Judge.*

Decided December 12, 1910.

PER CURIAM.—It is ordered that the appeal in the above-entitled action be and the same is hereby dismissed in accordance with motion of appellant.

*Mr. W. E. Moore,* for Appellants.